UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 5:19-cr-147-gwc |
| JOHN KAYE ) | |

### DEFENDANT'S MOTION TO FILE UNDER SEAL

NOW COMES Defendant, John Kaye, by and through his attorney, Mark A. Kaplan, and hereby moves the Honorable Court to file Defendant's *Supplemental Sentencing Memorandum* and corresponding *Exhibit A* under seal. In support of this motion Defendant states that Defendant's motion, named above, contains information regarding Defendant's health and should remain confidential.

DATED at Burlington, Vermont, this 22nd day of September, 2020.

                                                                                                   Respectfully submitted,

                                                                                                   JOHN KAYE

                                                                                                   By Counsel

KAPLAN AND KAPLAN

*/s/ Mark A. Kaplan*
Mark A. Kaplan, Esquire
95 St. Paul Street, Suite 405
Burlington, Vermont 05401
(802) 651-0013
(802) 448-3478 (fax)
Mkaplan@kaplanlawvt.com



KAPLAN AND KAPLAN
ATTORNEYS AT LAW

PARK PLAZA · SUITE 405
95 ST. PAUL STREET
BURLINGTON, VT 05402
(802) 651-0013